**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JOSE DIAZ-RODRIGUEZ,

      Petitioner,

v.                                              CASE NO.  4:05cv471-RH/WCS

ALBERTO GONZALES, et al.,

      Respondents.

_____/

### ORDER DISMISSING PETITION AS MOOT

This matter is before the court on the magistrate judge's report and recommendation (document 4), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The petition is dismissed as moot."  The clerk shall close the file.

SO ORDERED this 26th day of May, 2006.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge